IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff, | ] | |
| v. | ] | No. 08-10100-0 |
| | ] | |
| ADRAIN ROBINSON, | ] | Hon. Michael M. Mihm |
| | ] | |
| Defendant. | ] | |

### DEFENDANT ROBINSON'S MOTION TO COMPEL DISCLOSURE OF USE OF AUDIO ENHANCEMENT TECHNIQUES IN PREPARING AUDIO EXHIBITS FOR TRIAL

NOW COMES, the defendant, ADRAIN ROBINSON ("ROBINSON"), by and through his attorney, MICHAEL J. PETRO, and moves this Honorable Court to enter an order compelling the government to disclose its use of audio enhancement techniques in preparing audio exhibits for trial. In support of this motion, ROBINSON states as follows:

1. The government has disclosed that it intends to use audio recordings at ROBINSON's trial.

2. On information and belief, ROBINSON believes that some type of audio enhancement has been employed by the government in creating the recordings as exhibits for trial.

3. If such techniques have been used by the government, they should be disclosed to ROBINSON detailing the type of enhancement used.

4. To allow altered recordings into evidence without disclosure of this information would deny ROBINSON due process and a fair trial.

5. Or, in the alternative, the government should be forced to use the original

recordings as evidence in ROBINSON's trial.

WHEREFORE, ADRAIN ROBINSON moves this Honorable Court to enter an order compelling the government to disclose its use of audio enhancement techniques in preparing audio exhibits for trial.  Or, in the alternative, for this Honorable Court to enter an order forcing the government to use the original recordings as evidence.

Respectfully submitted,


<u>s/Michael J. Petro</u>
Michael J. Petro

Petro & Associates
Attorney for ADRAIN ROBINSON
53 West Jackson Boulevard, Suite 324
Chicago, Illinois   60604
312-913-1111

**CERTIFICATE OF SERVICE**

I, Michael J. Petro, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Central District of Illinois, the foregoing:

**DEFENDANT ROBINSON'S MOTION TO COMPEL DISCLOSURE OF USE OF AUDIO ENHANCEMENT TECHNIQUES IN PREPARING AUDIO EXHIBITS FOR TRIAL**

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion if required, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first–class mail on August 11, 2009 to the non-ECF filers:

> AUSA Bradley W. Murphy
> United States Attorney's Office
> Suite 400
> 211 Fulton St.
> Peoria, IL 61602

By His Attorney,

/s Michael J. Petro
Michael J. Petro #6200721
Attorney for ADRAIN ROBINSON
53 West Jackson Blvd.
Suite 324
Chicago, Illinois 60604
312-913-1111